Rose Gross, Appellant, v. Fidelity and Deposit Company of Maryland,

Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.